**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 99 MAL 2018

           Respondent          :

                                  :    Petition for Allowance of Appeal from

                                  :    the Order of the Superior Court

           v.                      :

                                  :

MICKEY SANTOS COLON,           :

                                  :

           Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.